IN THE MATTER OF THE APPLICATION OF WEST JERSEY
& SEASHORE RAILROAD COMPANY.

See same case below: 46 *N. J. Super.* 543.

*Mr. Jules E. Tepper & Mr. Meyer L. Sakin* for the petitioner.

*Mr. Grover C. Richman, Jr.,* and *Mr. Howard T. Rosen* for the respondent.

December 16, 1957.   Denied.